## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 22-1872 T
(Chief Judge Elaine D. Kaplan)

MATTEO SARDO,

                           Plaintiff,

v.

THE UNITED STATES,

                           Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate and agree that plaintiffs' complaint be dismissed with prejudice with each party to bear its own costs, attorneys' fees, and other expenses of litigation (other than any costs that the parties have already paid).

Respectfully submitted,

| | |
|---|---|
| __08/07/2023_____ | _/s/ John J. Genova_____ |
| Date | JOHN J. GENOVA |
| |   Attorney for Plaintiff |
| |   Pirola Pennuto Zei & Associati |
| |   Viale Castro Pretorio, 122 |
| |   00185 Rome (RM) Italy |
| |   Cell: +39 348 8910403 |
| |   Fax: +39 06 570 28 2600 |
| |   E-Mail: john.genova@studiopirola.com |
| | |
| __09/01/2023_____ | _/s/ Anthony M. Cognasi_____ |
| Date | ANTHONY M. COGNASI |
| |   Attorney of Record |
| |   U.S. Department of Justice |
| |   Tax Division |
| |   Court of Federal Claims Section |
| |   Post Office Box 26 |
| |   Ben Franklin Station |
| |   Washington, D.C. 20044 |
| |   Voice: (202) 514-0600 |
| |   Fax: (202) 514-9440 |
| |   Email: Anthony.Cognasi@usdoj.gov |

                DAVID A. HUBBERT
                  Deputy Assistant Attorney General
                DAVID I. PINCUS
                  Chief, Court of Federal Claims Section
                JASON BERGMANN
                  Assistant Chief, Court of Federal Claims Section

                _/s/ Jason Bergmann_____
                Of Counsel